**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PENSION PLAN OF LOCAL UNION 786 LUMBER EMPLOYEES RETIREMENT FUND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:19-cv-06933 |
| LEE LUMBER & BUILDING MATERIAL CORP., *et al.*, | ) | Judge Franklin U. Valderrama<br>Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS STIPULATED AND AGREED, by and between the Parties, by and through their respective attorneys of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismiss this action, without prejudice and with leave to reinstate on or before August 15, 2021 if the settlement payment contemplated by the agreement of the Parties is not made, and the dismissal shall otherwise be converted to "with prejudice" if the settlement payment is made on or before that date, with each Party bearing its/their own costs and attorneys' fees.

Dated: May 19, 2021

LEE LUMBER BUILDING AND MATERIAL CORP., ARTHUR RAND BAUMGARTEN, RICHARD BAUMGARTEN, THE RICHARD LEE BAUMGARTEN CHILD'S SEPARATE TRUST AND THE A. RAND BAUMGARTEN CHILD'S SEPARATE TRUST

/s/: Daniel S. Klapman
One of Their Attorneys
Daniel S Klapman

PENSION PLAN OF LOCAL UNION 786 LUMBER EMPLOYEES RETIREMENT FUND, et al.

/s/: Jeffrey S. Fowler
One of Plaintiffs' Attorneys
Jeffrey S. Fowler (6205689)
jfowler@lanermuchin.com
William T. Daniels (6224750)
wdaniels@lanermuchin.com
Chad R. DeGroot (6308860)
cdegroot@lanermuchin.com

Allen H. Shapiro
Fisher Cohen Waldman Shapiro LLP
1247 Waukegan Rd
Suite 100
Glenview, IL 60025
(224)260-3090
dklapman@fishercohen.com

DEE-Illinois, LLC

/s/ Matthew A. Sidor
One of Its Attorneys

Matthew Alan Sidor
Sidor Law, Ltd.
1303 W. Heather Ln.
Arlington Heights, IL 60005
(773) 791-1948
msidor@sidorlaw.com

Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60654
(312) 467-9800 / (312) 467-9479 (fax)

Jeffrey W. Hoff (6203385)
jhoff@786benefits.org
Teamsters Local 786 Benefit Funds
300 South Ashland Avenue #500
Chicago, IL 60607
(312) 666-1875

## CERTIFICATE OF SERVICE

Jeffrey S. Fowler, an attorney, certifies that he caused the foregoing **Stipulation to Dismiss**, to be served on the parties below, via the Court's ECF filing system on this 19th day of May, 2021, addressed to:

Matthew A. Sidor
Sidor Law, Ltd.
180 N. Wacker Drive, Suite 201
Chicago, IL 60606
(773) 791-1948
msidor@sidorlaw.com

Allen H. Shapiro
Daniel S. Klapman
Fisher Cohen Waldman Shapiro LLP
1247 Waukegan Road, Suite 100
Glenview, Illinois 60025
(847) 729-4440
ashapiro@fischercohen.com
dklapman@fishercohen.com

______/s Jeffrey S. Fowler______